Ann Winkler, an Infant, by Arthur G. Winkler, Her Guardian ad Litem, et al., Respondents, *v.* American Sundries Co., Inc., Appellant.

Submitted June 4, 1937; decided July 13, 1937.

*Alfred M. Bailey, William W. Bailey* and *John J. Kirwan* for appellant.

*George J. Shimm* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.